RHODES v. BOARD OF EDUCATION

No. 468P82.

Case below: 58 N.C. App. 130.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 21 September 1982. Appeal dismissed 21 September 1982.

SCALLON v. HOOPER

No. 493P82.

Case below: 58 N.C. App. 551.

Petition by defendants for discretionary review under G.S. 7A-31 denied 21 September 1982.

SHORTT v. KNOB CITY INVESTMENT CO.

No. 472P82.

Case below: 58 N.C. App. 123.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

SIZEMORE v. RAXTER

No. 467P82.

Case below: 58 N.C. App. 236.

Petition by defendants for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. ATKINS

No. 450P82.

Case below: 58 N.C. App. 146.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 September 1982.